IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02333-AP

LLOYD LOBATO, JR.,

    Plaintiff,

    v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Gail C. Harris, Esq.
Dawes and Harriss, P.C.
572 East Third Avenue
Durango, CO 81301
Telephone: (970) 247-4411/Fax:  (970) 247-1482
Gail.harriss@dawesandharriss.com

For Defendant:

WILLIAM J. LEONE
United States Attorney

KURT J. BOHN
Assistant United States Attorney
kurt.bohn@usdoj.gov

Debra Meachum
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-0812/Fax: (303) 844-0770
debra.meachum@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    A.     **Date Complaint Was Filed:** 11/17/05
    B.     **Date Complaint Was Served on U.S. Attorney's Office:** 12/19/05
    C.     **Date Answer and Administrative Record Were Filed:**  2/17/06

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:**  To the best of his knowledge, the record is complete.
**Defendant states:**  To the best of her knowledge, the record is complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**   None anticipated.
**Defendant states:**  None anticipated.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff states:** To the best of his knowledge, this case does not involve unusual claims or defenses.
**Defendant states:**  To the best of her knowledge, this case does not involve unusual claims or defenses.

**7.     OTHER MATTERS**

**Plaintiff states:**   None anticipated.
**Defendant states:**  None anticipated.

**8.     PROPOSED BRIEFING SCHEDULE**

    A.     **Plaintiff's Opening Brief Due:**     May 4, 2006.
    B.     **Defendant's  Response Brief Due:** June 6, 2006.
    C.     **Plaintiff's  Reply Brief Due:**      June 21, 2006

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    A.     **Plaintiff's Statement:** Oral argument is not requested.

    **B.**    **Defendant's Statement:**  Oral argument not requested.

**10.**    **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.**    **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.**    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this <u> 9th </u> day of <u> March </u>, 2006.

                                       BY THE COURT:

                                    S/John L. Kane
                                   U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Gail C. Harriss 3/9/06<br>Gail C. Harris, Esq.<br>Dawes and Harriss, P.C.<br>572 East Third Avenue<br>Durango, CO 81301<br>Telephone: (970) 247-4411 ext. 18<br>Fax:  (970) 247-1482<br>Gail.harriss@dawesandharriss.com<br><br>Attorney for Plaintiff Lloyd Lobato, Jr. | UNITED STATES ATTORNEY<br>WILLIAM J. LEONE<br>United States Attorney<br><br>KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov<br><br>By:  s/Debra J. Meachum 3/9/06<br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado  80294<br>Telephone:  (303) 844-0812<br>debra.meachum@ssa.gov<br><br>Attorneys for Defendant |