UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-02333-WDM

LLOYD LOBATO, JR.,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.

## AMENDED ORDER FOR ATTORNEYS' FEES

Miller, J.

Subject to my approval, the parties have stipulated to an award of attorneys' fees and expenses to plaintiff in the amount of $6,650 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). After review of the result in this case, I now approve that award.

Accordingly, it is ordered:

1. The stipulated motion for an award of attorney fees, filed June 26, 2007, is granted.

2. Plaintiff is awarded attorneys' fees and expenses in the total amount of $6,650.

DATED at Denver, Colorado, on July 26, 2007.

                              BY THE COURT:

                              s/ Walker D. Miller
                              United States District Judge

PDF FINAL