IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02333-WDM

LLOYD LOBATO JR.,

                Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

                Defendant.

---

## ORDER

---

Upon consideration of Plaintiff's (hereinafter referred to as "claimant") Unopposed Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b)(1) [Doc. #34] and Claimant's Memorandum in Support thereof [Doc. #35], in which he seeks authorization for payment of attorney fees by the Social Security Administration ("SSA") Commissioner in the amount of $9,115.00, I have determined that under the standards set forth in 42 U.S.C. § 406(b), Claimant's request for $9,115.00 for attorney fees is reasonable.

IT IS HEREBY ORDERED that Claimant's Motion is GRANTED, and as a result, the SSA Commissioner is ORDERED to pay Claimant's attorney $9,115.00 for fees incurred in representing Claimant before this Court, and in this matter. These fees, less the amount Claimant's counsel has already been paid in EAJA fees of $6,650.00, ($9,115.00 - $6,650.00 = $2,465.00) are to be paid from Claimant's retroactive benefits. Claimant's counsel will credit claimant with the amount of the EAJA fees paid of $6,650.00 and will be paid a net amount of

$2,465.00 from claimant's retroactive benefits. Claimant's attorney has also received payment of attorney fees, from the Social Security Administration from claimant's past due benefits, in the amount of $5,300.00 for representation of claimant at the administrative level.

DATED this 2nd day of December, 2009.

BY THE COURT:

_____
U.S. District Court Judge